WAWD (Rev. 4/2024) IFP and Written Consent

# UNITED STATES DISTRICT COURT
## Western District of Washington

JASON T. RIVAS

**26 CV 5456**

Case Number: _____

Plaintiff

vs.

GOOGLE, LLC

### DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

Defendant(s)

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) JASON T. RIVAS _____ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

I am currently indigent as I don't have an income outside of the $450 a month I receive for the Aged, Blind, and Disabled program from the state of Washington

In support of this application, I answer *all* of the following questions:

```
                                    FILED _____ LODGED
                                    _____ RECEIVED
                                      MAY 0 4 2026
                                  CLERK U.S. DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON AT TACOMA
                          BY                            DEPUTY
```

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay)  $ _____

   Name and address of employer _____

☑ No   Date of last employment JAN 2024 Total amount of last net monthly salary $ 2000.00

2. If married, is your spouse presently employed?  ☑ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

☐ No   Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

| | |
|---|---|
| a. Business, profession or other self-employment | $ 0.00 |
| b. Income from rent, interest or dividends | $ 0.00 |
| c. Pensions, annuities or life insurance payments | $ 0.00 |
| d. Disability, unemployment, workers compensation or public assistance | $ 1350.00 |
| e. Gifts or inheritances | $ 0.00 |
| f. Money received from child support or alimony | $ 0.00 |
| g. Describe any other source of income _____ | $ 0.00 |

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 119.00          Checking Account $ 0.00          Savings Account $ 0.00

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☑ No

$

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☐ Yes

☑ No

$

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

| As of this time my only reoccurring bills are for food and a telephone I receive $298 in food benefits a month from the state of Washington | $ | $40.00 for phone |

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I declare under penalty of perjury that the foregoing is true and correct.

| 5/3/26 | _Jason Rivas_ |
| **Executed on: (Date)** | **Signature of Plaintiff (Required)** |

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Jason T. Rivas

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

| 5/3/26 | _Jason Rivas_ |
| **Executed on: (Date)** | **Signature of Plaintiff (Required)** |